UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
KEITH NOBLE,

                Plaintiff,

   -against-

THE CHEESECAKE FACTORY
INCORPORATED,

                Defendant.
---------------------------------------------------------------- X

Case No. 2:22-cv-04036-JS-ST

## STIPULATION TO SUBMIT CASE TO ARBITRATION
## AND TO STAY CASE PENDING ARBITRATION

Plaintiff Keith Noble and Defendant The Cheesecake Factory Incorporated stipulate and agree to the following:

## RECITALS

1.    On March 2, 2013, Plaintiff and Defendant entered into a Mutual Agreement to Arbitrate Claims (the "Agreement"). A true and correct copy of the Agreement between Plaintiff and Defendant is attached as <u>Exhibit A</u>.

2.    On July 11, 2022, Plaintiff filed a Complaint in the United States District Court, Eastern District of New York, Case No. 2:22-cv-04036-KS-ST, alleging that Defendant violated the Fair Labor Standards Act and New York Labor Law. *See* Doc. No. 1.

3.    After meeting and conferring, Plaintiff and Defendant have agreed to stay this case and submit all disputes between them to individual arbitration in accord with the terms of the Agreement.

## STIPULATION

Based on the foregoing, Plaintiff and Defendant stipulate to the following:

1

1.  Plaintiff shall arbitrate all of his claims on an individual basis against Defendant in accord with the Agreement that is attached as <u>Exhibit A</u>.

2.  This case shall be stayed pending completion of arbitration.

3.  All deadlines, case management conferences, and hearings be taken off the calendar.

4.  The Court shall retain jurisdiction over this case pending arbitration to enforce any ruling or award made during arbitration.

Dated: July 28, 2022

JOINTLY AND RESPECTFULLY SUBMITTED:

| | |
|---|---|
| */s/ Michael Pappas* | */s/ Stephen Stecker* |
| Michael Pappas | Stephen Stecker |
| Michael Pappas Law Firm | Constangy, Brooks, Smith & Prophete LLP |
| 3 Columbus Circle, 15th Floor | 175 Pearl Street, Suite C-402 |
| New York, New York 10019 | Brooklyn, New York 11201 |
| Phone: 646.770.7890 | Phone: 646.341.6544 |
| Email: michael@pappaslawfirm.com | Email: sstecker@constangy.com |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANT** |

SO ORDERED THIS  29th  DAY OF  July  2022:

 /s/ JOANNA SEYBERT 
The Honorable Joanna Seybert
United States District Judge

```
Counsel are directed to file a status report within 90 days of the
date of this Order.
```