

Timothy Barbetta
175 Pearl Street
Suite C-402
Brooklyn, New York 11201
tbarbetta@constangy.com
646.341.6554

October 27, 2022

**Via ECF**

The Honorable Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1030
Central Islip, New York 11722

**Re:** Keith Noble v. The Cheesecake Factory Incorporated
Docket No: 2:22-cv-04036-JS-ST

Dear The Honorable Joanna Seybert:

We are counsel for Defendant The Cheesecake Factory Incorporated and submit this letter jointly with Plaintiff Keith Noble in response to Your Honor's Order dated July 29, 2022 requiring the parties to submit a status report by October 27, 2022.

As Your Honor may recall, on July 29, 2022, this case was stayed pending arbitration. The parties are currently exploring whether a settlement outside of arbitration is possible. If those attempts are unsuccessful, the parties will proceed with arbitration.

Thank you for Your Honor's consideration of the above.

Best regards,

*/s/ Timothy Barbetta*

Timothy Barbetta
Counsel for TCFI