

**MICHAEL P. PAPPAS LAW FIRM, P.C.**
New York • New Jersey • California

Michael P. Pappas Law Firm, P.C.
(646) 770-7890
3 Columbus Circle, 15th Floor
New York, NY 10019

| Billed To | Date of Issue | Invoice Number | Amount Due (USD) |
|---|---|---|---|
| Keith Noble | 05/15/2023 | 0000186 | **$10,505.00** |
| 6914 Olmsford Drive | | | |
| Huntersville, NC 28078 | Due Date | Reference | |
| | 05/30/2023 | Cheesecake Factory | |

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| **Review and Analysis**<br>(Cheesecake Factory) Michael Pappas – Jan 12, 2023<br>Review and analyze settlement position letter from opposing counsel and attached documents and cases. | $550.00 | 0.8 | $440.00 |
| **Communications**<br>(Cheesecake Factory) Michael Pappas – Jan 27, 2023<br>Correspondence with client re: status of his review of company's settlement position letter. | $550.00 | 0.1 | $55.00 |
| **Communications**<br>(Cheesecake Factory) Michael Pappas – Jan 31, 2023<br>Correspondence with opposing counsel re: settlement. | $550.00 | 0.1 | $55.00 |
| **Communications**<br>(Cheesecake Factory) Michael Pappas – Feb 2, 2023<br>Correspondence with opposing counsel and client re: settlement. | $550.00 | 0.1 | $55.00 |
| **Communications**<br>(Cheesecake Factory) Michael Pappas – Feb 3, 2023<br>Call and correspondence with opposing counsel and client re: settlement and mediation. | $550.00 | 0.3 | $165.00 |
| **Review and Analysis**<br>(Cheesecake Factory) Michael Pappas – Feb 10, 2023<br>Review court's status report order. | $550.00 | 0.1 | $55.00 |
| **Communications**<br>(Cheesecake Factory) Michael Pappas – Feb 14, 2023<br>Correspondence with opposing counsel re: selection of mediator. | $550.00 | 0.1 | $55.00 |
| **Communications** | $550.00 | 0.1 | $55.00 |

(Cheesecake Factory) Michael Pappas – Feb 15, 2023
Correspondence with opposing counsel and mediator re: scheduling mediation.

| | | | |
|---|---|---|---|
| Communications<br>(Cheesecake Factory) Michael Pappas – Feb 16, 2023<br>Correspondence with opposing counsel and mediator re: scheduling mediation. | $550.00 | 0.1 | $55.00 |
| Communications<br>(Cheesecake Factory) Michael Pappas – Feb 17, 2023<br>Correspondence with opposing counsel and mediator re: scheduling mediation. | $550.00 | 0.1 | $55.00 |
| Communications<br>(Cheesecake Factory) Michael Pappas – Feb 21, 2023<br>Correspondence with opposing counsel and mediator re: scheduling mediation. | $550.00 | 0.1 | $55.00 |
| Communications<br>(Cheesecake Factory) Michael Pappas – Feb 22, 2023<br>Correspondence with opposing counsel and mediator re: mediation agreement and retainer, and review same. | $550.00 | 0.2 | $110.00 |
| Communications<br>(Cheesecake Factory) Michael Pappas – Feb 24, 2023<br>Correspondence with opposing counsel re: joint status letter, and re-view same. | $550.00 | 0.1 | $55.00 |
| Communications<br>(Cheesecake Factory) Michael Pappas – Mar 14, 2023<br>Correspondence with client re: mediation date. | $550.00 | 0.1 | $55.00 |
| Communications<br>(Cheesecake Factory) Michael Pappas – Mar 29, 2023<br>Correspondence with opposing counsel and mediator re: scheduling pre-mediation conference. | $550.00 | 0.1 | $55.00 |
| Communications<br>(Cheesecake Factory) Michael Pappas – Mar 30, 2023<br>Correspondence with opposing counsel and mediator re: scheduling pre-mediation conference. | $550.00 | 0.1 | $55.00 |
| Meetings/Conferences<br>(Cheesecake Factory) Michael Pappas – Apr 3, 2023<br>Prepare for and attend pre-mediation conference. | $550.00 | 0.6 | $330.00 |
| Communications<br>(Cheesecake Factory) Michael Pappas – Apr 14, 2023<br>Various correspondence with client re: mediation. | $550.00 | 0.2 | $110.00 |
| Communications<br>(Cheesecake Factory) Michael Pappas – Apr 17, 2023<br>Call with client re: in depth discussion of facts for mediation statement. | $550.00 | 0.9 | $495.00 |
| Research | $550.00 | 2.6 | $1,430.00 |

(Cheesecake Factory) Michael Pappas – Apr 19, 2023
Legal research re: executive exemption for use in mediation statement.

| Drafting Documents | $550.00 | 2.8 | $1,540.00 |
|---|---|---|---|
| (Cheesecake Factory) Michael Pappas – Apr 20, 2023 Prepare, revise, finalize, and submit pre-mediation statement with revised damages calculation. | | | |
| Communications | $550.00 | 0.1 | $55.00 |
| (Cheesecake Factory) Michael Pappas – Apr 24, 2023 Correspondence with mediator re: mediation statement and damages calculation. | | | |
| Meetings/Conferences | $550.00 | 0.7 | $385.00 |
| (Cheesecake Factory) Michael Pappas – Apr 25, 2023 Telephone conference with client to prepare for mediation. | | | |
| ADR/Mediation | $550.00 | 6.3 | $3,465.00 |
| (Cheesecake Factory) Michael Pappas – Apr 26, 2023 Prepare for and attend mediation. | | | |
| Review and Analysis | $550.00 | 0.4 | $220.00 |
| (Cheesecake Factory) Michael Pappas – May 3, 2023 Review, analyze, and revise draft settlement agreement, and correspondence with opposing counsel and client re: same. | | | |
| Communications | $550.00 | 0.3 | $165.00 |
| (Cheesecake Factory) Michael Pappas – May 4, 2023 Settlement agreement language negotiations with opposing counsel. | | | |
| Communications | $550.00 | 0.1 | $55.00 |
| (Cheesecake Factory) Michael Pappas – May 8, 2023 Correspondence with opposing counsel re: status of settlement agreement and approval letter. | | | |
| Communications | $550.00 | 0.1 | $55.00 |
| (Cheesecake Factory) Michael Pappas – May 10, 2023 Correspondence with opposing counsel and client re: status of settlement agreement and approval letter. | | | |
| Review and Analysis | $550.00 | 0.8 | $440.00 |
| (Cheesecake Factory) Michael Pappas – May 12, 2023 Review final proposed settlement agreement with accepted changes, and review, analyze, and revise draft approval letter. | | | |
| Communications | $550.00 | 0.6 | $330.00 |
| (Cheesecake Factory) Michael Pappas – May 15, 2023 Correspondence with client re: final settlement agreement, revise approval letter, and send same to opposing counsel. | | | |

|  | Subtotal | 10,505.00 |
|---|---|---|
|  | Tax | 0.00 |
|  | Total | 10,505.00 |
|  | Amount Paid | 0.00 |

Amount Due (USD)          $10,505.00