

MICHAEL P. PAPPAS LAW FIRM, P.C.
New York • New Jersey • California

June 8, 2023

**VIA ECF**

The Honorable Joanna Seybert
United State District Judge
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1030
Central Islip, New York 11722

Re: **Noble v. The Cheesecake Factory: 2:22-cv-04036-JS-ST**

Dear Judge Seybert:

On behalf of Plaintiff, we write regarding the status of the parties' joint motion for FLSA settlement approval, filed on May 20, 2023. As stated in the motion, Plaintiff is currently in financial hardship and needs to receive the settlement funds expeditiously. Therefore, we respectfully request that the settlement be approved at the Court's earliest convenience. If the Court is unable to address the motion this month, we would be willing to consent to jurisdiction of the Magistrate Judge if the Court believes it would expedite approval.

MPP/mp

Respectfully submitted,

s/*Michael Pappas*

cc: Counsel for Defendants (via ECF)

Michael P. Pappas

3 Columbus Circle, 15th Fl., New York, NY 10019 · T: 646.770.7890 · F: 646.417.6688 · pappaslawfirm.com · michael@pappaslawfirm.com