UNITED STATES DISTRICT
EASTERN DISTRICT OF NEW YORK

KEITH NOBLE,

        Plaintiff,

-against-

THE CHEESECAKE FACTORY INCORPORATED,

        Defendant.

No. 2:22-cv-04036-JS-ST

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

    WHEREAS, no party herein is an incompetent for whom a committee has been appointed; and

    WHEREAS, there is no person not a party who has an interest in the subject matter of this action; it is hereby

    STIPULATED AND AGREED, by and between the attorneys for the respective parties herein, that the above-captioned action be dismissed in its entirety and with prejudice in accordance with Rule 41(a) of the Federal Rules of Civil Procedure and without costs or attorneys' fees to any party.

| CONSTANGY, BROOKS, SMITH & PROPHETE LLP | MICHAEL P. PAPPAS LAW FIRM, P.C. |
|---|---|
| By: _s/Timothy Barbetta_<br>Timothy Barbetta<br>Attorneys for Defendant<br>175 Pearl St., Suite C-402<br>Brooklyn, New York 11201<br>(646) 341-6554 | By: _s/Michael Pappas_<br>Michael P. Pappas<br>Attorneys for Plaintiff<br>3 Columbus Circle, 15th Floor<br>New York, New York 10019<br>(646) 770-7890 |
| Date: July 12, 2023 | Date: July 12, 2023 |

SO ORDERED

/s/ JOANNA SEYBERT
Hon. Joanna Seybert, U.S.D.J.

Dated: July 13, 2023
Central Islip, NY

The Clerk of Court is directed to mark this case CLOSED.